|  |  |
|---|---|
| MICHAEL WAYNE JOYCE, | No. 1:24-cv-00422 GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED N FORMA PAUPERIS |
| v. | |
| ISMAIL PATEL, | (ECF No. 12) |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2025, the Court issued an order directing Plaintiff to show cause why this case should not be dismissed for failure to obey a court order. ECF No. 11. As an alternative to filing the showing of cause, Plaintiff was given a final opportunity to file a non-prisoner in forma pauperis application as he had been previously ordered to do. See ECF No. 11 at 2; see also ECF No. 10 (order directing filing of non-prisoner in forma pauperis application).

Plaintiff has now filed the application to proceed in forma pauperis for non-prisoners. ECF No. 12. Therefore, Plaintiff's new request to proceed in forma pauperis will be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's non-prisoner application to proceed in forma pauperis (ECF No. 12) is GRANTED.

IT IS SO ORDERED.

Dated: **March 27, 2025**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE