**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WAYNE JOYCE, | No. 1:24-cv-00422 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| ISMAIL PATEL, | (Doc. 23) |
| Defendant. | |

Michael Wayne Joyce is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 17, 2026, the magistrate judge screened the first amended complaint and issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim upon which relief may be granted. (Doc. 23.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

1

recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 17, 2026, (Doc. 23), are **ADOPTED.**

2. This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

UNITED STATES DISTRICT JUDGE

2